# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JASON WILLIAM SIESSER ) | Case No. |
| (DOB: 03-16-1975) ) | 18-3043-MJ-WJE |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 14, 2018 to August 23, 2018  in the county of  Boone  in the Western District of Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 229(a)(1) and (2) | in that he knowingly attempted to acquire a chemical weapon, all in violation of Title 18, United States Code, Sections 229(a)(1) and (2). |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Curtis J. Bryant, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Curtis J. Bryant, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/24/2018

*Judge's signature*

City and state:  Jefferson City, Missouri   Willie J. Epps, Jr. United States Magistrate Judge
*Printed name and title*