# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JASON WILLIAM SIESSER**, <br> [DOB: 03/16/1975] <br><br> Defendant. | No. 18-04107-01-CR-C-RK <br><br> **COUNT 1** <br> 18 U.S.C. § 229(a)(1) and (2) <br> Imprisonment for Any Term of Years <br> NMT $250,000 Fine <br> NMT 5 Years Supervised Release <br> Class A Felony <br><br> **COUNTS 2 and 4** <br> 18 U.S.C. § 1028A(a)(2) <br> NLT 5 Years Imprisonment <br>     (Consecutive to All other Counts) <br> NMT $250,000 Fine <br> NMT 5 Years Supervised Release <br> Class A Felony <br><br> **COUNT 3** <br> 18 U.S.C. § 1342 <br> NMT 5 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Mandatory Special Assessment <br> (Each Count) |

## I N D I C T M E N T

### COUNT 1
(Attempt to Acquire a Chemical Weapon)
<u>18 U.S.C. § 229(a)(1) and (2)</u>

Between June 14, 2018, and August 23, 2018, said dates being approximate, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **JASON WILLIAM SIESSER**, knowingly attempted to acquire, receive, retain, and possess a chemical weapon; all in violation of Title 18, United States Code, Sections 229(a)(1) and (2).

## COUNT 2
(Aggravated Identity Theft)
18 U.S.C. § 1028A(a)(2)

On or about July 4, 2018, said date being approximate, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **JASON WILLIAM SIESSER**, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 2332b(g)(5)(B), that is, the violation of 18 U.S.C. § 229(a)(1) and (2) charged in Count 1 of this Indictment, in that **SIESSER** used the middle and last name of Juvenile #1, in connection with his attempt to acquire, receive, retain, and possess a chemical weapon; all in violation of Title 18, United States Code, Section 1028A(a)(2).

## COUNT 3
(Fictitious Name or Address)
18 U.S.C. § 1342

On or about August 23, 2018, said date being approximate, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **JASON WILLIAM SIESSER**, knowingly, for the purpose of conducting, promoting, and carrying on by means of the Postal Service, any scheme mentioned in 18 U.S.C. § 1341, and any other unlawful business, took and received from an authorized depository of mail matter a letter, postal card, package, and other mail matter addressed to a name other than his own proper name, that is, **SIESSER**, accepted a package addressed to Juvenile #1, identified by his first initial and last name, for the purpose of conducting, promoting, and carrying on by means of the Postal Service the unlawful activity charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 1342.

# COUNT 4
(Aggravated Identity Theft)
18 U.S.C. § 1028A(a)(2)

On or about, August 23, 2018, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **JASON WILLIAM SIESSER**, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 2332b(g)(5)(B), that is, the violation of 18 U.S.C. § 229(a)(1) and (2) charged in Count 1 of this Indictment, in that **SIESSER** used the first initial and last name of Juvenile #1, in connection with his attempt to acquire, receive, retain, and possess a chemical weapon; all in violation of Title 18, United States Code, Section 1028A(a)(2).

**A TRUE BILL.**

*/S/ Samie Hill*
**FOREPERSON OF THE GRAND JURY**

*/S/ Michael S. Oliver*
**MICHAEL S. OLIVER**
Assistant United States Attorney
Missouri Bar No. 41832

Dated: 09/19/2018

3